IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLEY S. MITCHELL, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05- 80 |
| | ) | |
| TOWNSHIP OF MILLCREEK and | ) | |
| MILLCREEK TOWNSHIP POLICE | ) | |
| DEPARTMENT, | ) | |
| Defendants | ) | |

**A P P E A R A N C E**

TO THE PROTHONOTARY:

Kindly enter our appearance on behalf of the Plaintiff, Lesley S. Mitchell, in the

above-captioned matter.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By  /s/ Craig A. Markham, Esquire
    Craig A. Markham, Esquire
    Attorney for Plaintiff
    150 East Eighth Street
    Erie, Pennsylvania 16501
    (814) 456-4000