IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY S. MITCHELL,  :  <br> Plaintiff  : <br> vs.  : <br>  : Civil Action No. 05-80 <br> TOWNSHIP OF MILLCREEK and  : <br> MILLCREEK TOWNSHIP POLICE  : <br> DEPARTMENT,  : <br> Defendants  : | **SCANNED** |

## PRAECIPE TO WITHDRAW AS COUNSEL OF RECORD

TO THE PROTHONOTARY:

Please withdraw my name as counsel of record o behalf of the Plaintiff, Lesley S. Mitchell, in the above-captioned matter at the above term and number.

Respectfully submitted,

CARNEY & GOOD

By:_____
Mary Payton Jarvie, Esquire
Attorney I. D. No. 66121
254 West Sixth Street
Erie, Pennsylvania 16507-1398
(814) 453-5004

AND NOW, this_____
day of_____, 20_____,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE