IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

| | |
|---|---|
| LESLEY S. MITCHELL, : | |
| Plaintiff : | |
| vs. : | |
| : | Civil Action No. 05-80 |
| TOWNSHIP OF MILLCREEK and : | |
| MILLCREEK TOWNSHIP POLICE : | |
| DEPARTMENT, : | |
| Defendants : | |

**PRAECIPE TO WITHDRAW AS COUNSEL OF RECORD**

TO THE PROTHONOTARY:

Please withdraw my name as counsel of record o behalf of the Plaintiff, Lesley S. Mitchell, in the above-captioned matter at the above term and number.

Respectfully submitted,

CARNEY & GOOD

By: _____
Joseph E. Sinnott, Esquire
Attorney I. D. No. 84063
254 West Sixth Street
Erie, Pennsylvania 16507-1398
(814) 453-5004

AND NOW, this _____ day of _____, 20____
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE