# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY MITCHELL ) | Civil Action No. 05-80 ERIE |
| ) | Judge Sean J. McLaughlin |
| Plaintiff ) | |
| ) | |
| v. ) | ELECTRONICALLY FILED |
| ) | |
| TOWNSHIP OF MILLCREEK AND ) | |
| MILLCREEK TOWNSHIP POLICE ) | |
| DEPARTMENT ) | |
| ) | |
| Defendants ) | |

### JOINT MOTION FOR QUALIFIED PROTECTIVE ORDER UNDER HIPAA

AND NOW, this 18th day of November, 2005, come Defendants, Township of Millcreek and Millcreek Township Police Department, and Plaintiff, Lesley Mitchell, by and through their attorneys, the undersigned, and file the following Motion:

1. Plaintiff has sought through discovery medical files of certain officers.

2. It is believed by Plaintiff that the contents of these files are relevant to the issues in the litigation.

3. Defendants are willing to provide this information to Plaintiff if a Qualified Protective Court Order under HIPAA is first obtained.

4. A Qualified Protective Court Order is a court order which prohibits the parties from using or disclosing the information obtained pursuant to the Order for any purpose other than for the litigation at issue and requires the return or destruction of the information at the end of the litigation.

5. On behalf of Plaintiff, Plaintiff's counsel hereby certifies that such medical files sought will not be used for any purpose other than the present litigation and that such information will be returned to Defendants upon completion of litigation.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.


BY: /s/   Mark J. Kuhar
          Mark J. Kuhar, Esq.
          120 West Tenth Street
          Erie, Pennsylvania 16501-1461
          Phone: (814) 459-2800
          Fax: (814) 453-4530
          E-mail: mkuhar@kmgslaw.com
          Bar No.: PA71185

          Attorneys for Defendants,
          Township of Millcreek


ELDERKIN MARTIN KELLY & MESSINA


BY: /s/   Craig A. Markham
          Craig A. Markham, Esq.
          150 East 8th Street
          Erie, Pennsylvania 16507
          Phone: (814) 456-4000
          Fax: (814) 454-7411
          E-mail: camarkham@elderkinlaw.com
          Bar No.: 38531

          Attorneys for Plaintiff,
          Lesley Mitchell


# 643371