**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LESLEY MITCHELL | ) Civil Action No. 05-80 ERIE |
| | ) Judge Sean J. McLaughlin |
| Plaintiff | ) |
| | ) |
| v. | ) ELECTRONICALLY FILED |
| | ) |
| TOWNSHIP OF MILLCREEK AND | ) |
| MILLCREEK TOWNSHIP POLICE | ) |
| DEPARTMENT | ) |
| | ) |
| Defendants | ) |

## QUALIFIED PROTECTIVE ORDER UNDER HIPAA

AND NOW, this _____ day of _____, 2005, the parties having filed a Joint Motion for Qualified Protective Order, it is hereby ORDERED that Defendants shall forthwith disclose the medical files sought to Plaintiff's counsel subject to the following provisos:

The information set forth in those files shall not be used for any purpose other than the present litigation and those files and any copies made during the litigation shall be returned to Defendants at the end of the litigation.

_____
Sean J. McLaughlin
United States District Judge

# 643372