IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY S. MITCHELL        Plaintiff               v.TOWNSHIP OF MILLCREEK, et al.        Defendant | )  Civil Action No. 05-80 ERIE)  Judge Sean J. McLaughlin)))  ELECTRONICALLY FILED)))) |

## ORDER

AND NOW, this _____ day of _____, 2005, this matter coming before the Court upon the parties' Joint Motion to Enlarge Discovery Period and Amend Case Management Order, it is hereby ORDERED that the discovery period shall close on March 27, 2006, and that dispositive motions shall be filed on or before March 27, 2006, Plaintiff's pretrial narrative statement shall be filed on or before March 27, 2006, and Defendants' pretrial narrative statement shall be filed on or before April 16, 2006.

_____
Sean J. McLaughlin, Judge

# 644210