IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY S. MITCHELL       Plaintiff  v.  TOWNSHIP OF MILLCREEK, et al.       Defendant | )  Civil Action No. 05-80 ERIE )  Judge Sean J. McLaughlin ) ) )  ELECTRONICALLY FILED ) ) ) ) |

## ORDER

AND NOW, this _____ day of _____, 2006, this matter coming before the Court upon Defendants' Motion to Amend Case Management Order to Extend the Deadline for Filing Dispositive Motions, and there being no objection from Plaintiff, it is hereby ORDERED that dispositive motions are to be filed on or before April 17, 2006.

                                                                                          _____
                                                                                          Sean J. McLaughlin, Judge

# 644210