IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY S. MITCHELL,<br>    Plaintiff,<br><br>Vs.<br><br>MILLCREEK TOWNSHIP, et. al.,<br>    Defendants. | )<br>)<br>)<br>)    CA 05-80 Erie<br>)<br>)<br>) |

**O R D E R**

    AND NOW, this 31st day of March, 2006, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed.  FURTHER ORDERED that the Parties are to file a Stipulation of Dismissal per Fed.R.Civ.P. 41.

     s/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: All counsel of record. nmk