IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLEY S. MITCHELL,                )
                    Plaintiff       )
                                    )
            v.                      )        Civil Action No. 05- 80
                                    )
TOWNSHIP OF MILLCREEK and          )
MILLCREEK TOWNSHIP POLICE          )
DEPARTMENT,                         )
                    Defendants      )

## VOLUNTARY DISMISSAL OF ACTION

The parties do hereby stipulate and agree to the voluntary dismissal, with

prejudice, of this action pursuant to Rule 41(a)(1)(ii) and without costs against any party.


        /s/ Craig A. Markham, Esquire
Attorney for Plaintiff


        /s/ Mark J. Kuhar, Esquire
Attorney for Defendants


IT IS SO ORDERED.

_____
United States District Judge Sean J. McLaughlin